

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00118-CR

| | | |
|---|---|---|
| BRANDON BLAKE COLEMAN, Appellant | § | On Appeal from the 355th District Court |
| | § | of Hood County (CR12297) |
| | § | October 24, 2024 |
| V. | § | Memorandum Opinion by Justice Wallach |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
Justice Mike Wallach